IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Criminal Action No. 08-53-M |
| MALIK SAMUELS, | ) ) ) |
| Defendant. | ) ) |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

    \_\_\_\_  Crime of violence (18 U.S.C. § 3156)

    \_\_\_\_  Maximum sentence life imprisonment or death

    \_\_\_\_  10+ year drug offense

    \_\_\_\_  Felony, with two prior convictions in above categories

    \_\_\_\_  Minor victim

    \_X\_  Possession/ use of firearm, destructive device or other dangerous weapon

    \_\_\_\_  Failure to register under 18 U.S.C. § 2250

    \_X\_  Serious risk defendant will flee

    \_\_\_\_  Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    \_X\_  Defendant's appearance as required

    \_X\_  Safety of any other person and the community

   3. **Rebuttable Presumption**. The United States will not invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because **(check one or both):**

   \_\_\_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (_____) with minor victim

   \_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

   4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

   \_\_\_ At first appearance

   _X_ After continuance of _3_ days (not more than 3).

   5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since **(check 1 or 2, and 3):**

   1. At the time the offense was committed the defendant was:

    \_\_\_ (a) on release pending trial for a felony;

    \_\_\_ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

    \_\_\_ (c) on probation or parole for an offense.

   2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

   3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this ___6th___ day of March, 2008.

                           Respectfully submitted,

                           COLM F. CONNOLLY
                           United States Attorney

BY: _/s/ Robert J. Prettyman_
      Robert J. Prettyman
      Assistant United States Attorney

Case 1:08-cr-00060-GMS    Document 3    Filed 03/06/2008    Page 3 of 3