IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 08-60-GMS |
| | : | |
| MALIK SAMUELS, | : | |
| | : | |
| Defendant. | : | |

**MOTION TO EXTEND TIME TO FILE PRE-TRIAL MOTIONS**

Defendant, Malik Samuels, by and through his undersigned counsel, Eleni Kousoulis, hereby moves the Court pursuant to Federal Rule of Criminal Procedure 45(b) and Local Rule 5(a), for an Order enlarging the time within which pre-trial motions may be filed.

In support of this motion, the Defendant submits as follows:

1. Pre-trial motions for this case are due by May 1, 2008.

2. Defense counsel did not receive discovery in this case until April 29, 2008. Although the government timely sent out discovery to defense counsel, due to an error by the parcel service utilized by the government, defense counsel did not receive the discovery until April 29, 2008.

3. Defense counsel needs time to review the newly received discovery and to review the case with Mr. Samuels to determine what, if any, pre-trial motions need to be filed.

4. Assistant United States Attorney, Robert Kravetz, the attorney handling this case for the government, does not oppose the defense's request for an enlargement of time in which to file any pre-trial motions, making this motion unopposed.

5. Defense counsel, therefore, respectfully requests an additional 10 days in which to file

pre-trial motions, to allow her sufficient time to review the discovery in this case and to discuss the case in general with Mr. Samuels.

6.      The defense agrees to waive, pursuant to the Speedy Trial Act, any additional time given in which to file pre-trial motions.

WHEREFORE, it is respectfully requested that the time for Defendant to file pre-trial motions be extended to anytime after May 9, 2008.

Respectfully Submitted,

 /s/ Eleni Kousoulis
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware  19801
(302) 573-6010
ecf_de@msn.com
Attorney for Defendant Malik Samuels

Dated: April 29, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-60-GMS |
| MALIK SAMUELS, | : | |
| Defendant. | : | |

# **ORDER**

Having considered Defendant Samuels' Motion to Extend Time to File Pre-trial Motions,

**IT IS HEREBY ORDERED** this _____ day of _____, 2008, that pre-trial motions in this matter shall be due on the _____ day of _____, 2008, and that the time from May 1, 2008 up to the new due date for pre-trial motions to be filed shall be excluded under the Speedy Trial Act (18 U.S.C. § 3161, et seq.).

_____
Honorable Gregory M. Sleet
Chief Judge, United States District Court