IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 08-60-GMS |
| MALIK SAMUELS, | : |
| Defendant. | : |

### ORDER

Having considered DefendantS amuels' Motion to Extend Time to File Pre-trial Motions,

**IT IS HEREBY ORDERED** this  2nd  day of  May , 2008, that pre-trial motions in this matter shall be due on the  13th  day of  May ,2008 , and that the time from May 1, 2008 up to the new due date for pre-trial motions to be filed shall be excluded under the Speedy Trial Act (18 U.S.C. § 3161, et seq.).

Honorable Gregory M. Sleet
Chief Judge, United States District Court



FILED
MAY -- 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE