IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-60-GMS |
| MALIK SAMUELS, | : | |
| Defendant. | : | |

### ORDER

The Court having considered the Defendant's Motion for Continuance of Scheduling Conference, good cause having been shown therefore;

IT IS HEREBY ORDERED this __19th__ day of __May__, 2008 that the Defendant's motion is hereby granted, and the scheduling conference in this case is rescheduled for __11:30 am__ on the __13th__ day of __June__, 2008, and that the time from May 29, 2008 up to the day of the scheduling conference shall be excluded under the Speedy Trial Act (18 U.S.C. § 3161, et seq.).

_____
Honorable Gregory M. Sleet
Chief Judge, United States District Court

FILED

MAY 19 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE