IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| )                                    | |
| Plaintiff,                          ) | |
| )                                    | |
| v.                                  ) | Criminal Action No. 08-60-GMS |
| )                                    | |
| MALIK SAMUELS,                      ) | |
| )                                    | |
| Defendant.                          ) | |

### ENTRY OF APPEARANCE

Please enter the appearance of Special Assistant United States Attorney Geoffrey G. Grivner as co-counsel of record on behalf of plaintiff, United States of America, in the above-captioned case.

COLM F. CONNOLLY
United States Attorney

By: /s/ Geoffrey G. Grivner
Geoffrey G. Grivner
Special Assistant United States Attorney
geoffrey.grivner@usdoj.gov

Dated: June 18, 2008